UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, | No.  2:18-cv-2849-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| E. RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 21, 2020, defendants Ortiz, Clough, Murillo, Allison and Rodriguez filed a motion to dismiss.  *See* Fed. R. Civ. P. 12(b)(6).  Plaintiff has not filed an opposition or a statement of non-opposition to defendants' motion.

In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument.  Local Rule 230(*l*).  "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion."  *Id*.  A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  *Id*.

Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

1

1  within the inherent power of the Court." E.D. Cal. Local Rule 110. The court may recommend

2  that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order

3  or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did

4  not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-

5  file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856

6  F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local

7  rule regarding notice of change of address affirmed).

8         Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

9  plaintiff shall file either an opposition to the motion to dismiss or a statement of no opposition.

10  Failure to comply with this order may result in a recommendation that this action be dismissed

11  without prejudice.

12  DATED:  May 26, 2020.

13                          EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2