1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CONDALEE MORRIS,                           No.  2:18-cv-2849-WBS-EFB P

12                      Plaintiff,

13              v.                                FINDINGS AND RECOMMENDATIONS

14    E. RODRIGUEZ, et al.,

15                      Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On April 21, 2020, defendants Ortiz, Clough, Murillo, Allison and Rodriguez

19    filed a motion to dismiss.  *See* Fed. R. Civ. P. 12(b)(6).  The time for responding to the motion

20    passed, and plaintiff failed to file an opposition or otherwise respond.

21          On May 26, 2020, the court warned plaintiff that failure to respond to the motion could

22    result in a recommendation that this action be dismissed.  ECF No. 26.  The court also provided

23    plaintiff a 21-day extension of time to respond.  *Id.*

24          The time for acting has once again passed and plaintiff has not filed an opposition, a

25    statement of no opposition, or otherwise responded to the court's order.  Plaintiff has disobeyed

26    this court's orders and failed to prosecute this action.  The appropriate action is dismissal without

27    prejudice.

28    /////

1

1    Accordingly, it is RECOMMENDED that this action be dismissed without prejudice. *See*

2  Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  DATED:  June 25, 2020.

11  _____

12                   EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28